■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY JOHNSON, Appellant.—Judgment, Supreme Court, New York County (James Leff, J.), rendered on March 5, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sullivan, Ross, Milonas and Rubin, JJ.

■ JEFFREY RUSSO, an Infant, by His Mother and Natural Guardian, ELAINE RUSSO, Respondent, v GRACE INSTITUTE, Defendant, and KALIKOW CONSTRUCTION CORP., Appellant and Third-Party Plaintiff, et al., Third-Party Defendant. JEFFREY RUSSO, an Infant, by His Mother and Natural Guardian, ELAINE RUSSO, Plaintiff, v EDWARD Z. HOLMES DETECTIVE BUREAU, Defendant.—Order, Supreme Court, New York County (Edward Greenfield, J.), entered on or about February 9, 1989, unanimously affirmed for reasons stated by Edward Greenfield, J. *(Russo v Grace Inst.,* 145 Misc 2d 242.) Concur—Kupferman, J. P., Carro, Rosenberger, Ellerin and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SYLVESTER BRADLEY, Appellant.—Judgment, Supreme Court, New York County (Juanita Newton, J.), rendered on November 17, 1987, unanimously affirmed. The matter is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Kupferman, J. P., Carro, Rosenberger, Ellerin and Smith, JJ.